UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PATHMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CONVERGENT OUTSOURCING, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-04303-WHO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL; CASE MANAGEMENT CONFERENCE SETTING**<br><br>Re: Dkt. No. 28; 33 |

I stayed this case on January 12, 2015, pending a determination of whether this case was properly part of pending multi-district litigation. Dkt. No. 28. I ordered that the parties inform me within ten days if the panel decided not include this case. *Id.* The panel entered an order on April 2, 2015, denying transfer. Dkt. No. 33. The parties did not inform me of the order as I had required, and the docket shows no activity since. Therefore, I am issuing this Order To Show Cause re: Dismissal for failure to prosecute. If the parties intend to litigate this case, they must file a Joint Case Management Conference Statement by July 9, 2015, which fully complies with the requirements of the Local Rules of this Court and which also explains their failure to notify the Court as required that the panel had ruled against transferring the case. Counsel shall appear at a Case Management Conference on July 16, 2015 at 1 pm. Otherwise, the Court will dismiss the case for the reasons set forth above.

    **IT IS SO ORDERED**.

Dated: July 1, 2015

WILLIAM H. ORRICK
United States District Judge