1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**SUSAN PATHMAN,** individually and on behalf of all others similarly situated,

        Plaintiff,

v.

**CONVERGENT OUTSOURCING, INC.; LVNV FUNDING LLC,**

        Defendant.

Case No. **3:14-cv-04303-WHO**

**ORDER**

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 7th day of January, 2016.



The Honorable William H. Orrick